Christina A. Rankin, Esq.
Adam D. Harki, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: crankin@guessrudd.com
E-mail: aharki@guessrudd.com

Attorneys for Allstate Fire and Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| JENNIFER HUTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | United States District Court No. |
| vs. | ) | Case No. 3:16-cv-_____ |
| | ) | |
| ALLSTATE FIRE CASUALTY INSURANCE COMPANY, | ) ) | |
| | ) | Superior Court Case No. |
| Defendant. | ) | Case No. 3AN-16-07513 CI |
| | ) | |

NOTICE OF REMOVAL

To: Jennifer Hutson
c/o Jeffrey Barber, Esq.
Barber & Associates, LLC
821 N Street, Suite 103
Anchorage, AK 99501

Pursuant to 28 U.S.C. §§§ 1332, 1441 and 1446, defendant Allstate Fire and

Casualty Insurance Company, incorrectly named as Allstate Fire Casualty Insurance

Notice of Removal
Hutson v. Allstate Fire Casualty Ins. Co., Case No. 3:16-cv-_____
State Court Case No. 3AN-16-07513 CI
Page 1 of 5
Case 3:16-cv-00173-JWS   Document 1   Filed 08/10/16   Page 1 of 5

Company, (hereinafter "Allstate"), by and through its attorneys, Guess & Rudd P.C., hereby removes to this court the state court action described below.

1. Introduction

On July 6, 2016, plaintiff Jennifer Hutson filed a suit against Allstate in the Superior Court for the Third Judicial District at Anchorage, Alaska, entitled <u>Jennifer Hutson, Plaintiff v. Allstate Fire Casualty Insurance Company, Defendant</u>, Case No. 3AN-16-07513 CI (hereinafter "the Complaint").  Ms. Hutson asserts in her Complaint that she is an individual who resides in the State of Alaska.

The Complaint alleges, among other things, that Allstate breached its insurance contract with Ms. Hutson by failing to pay out Ms. Hutson's first party medical payments claims following an auto accident on October 30, 2012.[1]  Ms. Hutson requested a judgment against Allstate in an amount "greater than $100,000.00 and punitive damages in an amount to be determined by the trier of fact, plus interest, costs and attorney fees."[2]

This court has jurisdiction pursuant to 28 U.S.C. § 1446; Allstate has attached as Exhibit 1 a copy of Ms. Hutson's Complaint.  This Notice of Removal is filed within the allotted time for removal.  Allstate received the Summons and Complaint on or

---

[1] See Exhibit 1, Complaint ¶¶ 4-10, 32-53.

[2] Id. at p. 8.

Notice of Removal
Hutson v. Allstate Fire Casualty Ins. Co., Case No. 3:16-cv-_____
State Court Case No. 3AN-16-07513 CI
Page 2 of 5
Case 3:16-cv-00173-JWS   Document 1   Filed 08/10/16   Page 2 of 5

about July 15, 2016 -- this notice of removal is filed within the 30-day window provided under 28 U.S.C. § 1446(b).[3]

Allstate has, simultaneously with this filing, also filed its Notice of Removal in the Superior Court of the Third Judicial District at Anchorage.

2. Argument

A. The amount in controversy exceeds $75,000

The Complaint seeks compensatory damages in an amount in excess of $75,000. Where a complaint sets forth a specific amount of damages in excess of the jurisdictional amount, then the plaintiff's allegations are controlling.[4] "The amount in controversy includes the amount of damages in dispute, as well as attorney's fees, if authorized by statute or contract."[5] Ms. Hutson's Complaint has specified an amount of damages in excess of $75,000 -- specifically asking for an amount "greater than $100,000.00 and punitive damages in an amount to be determined by the trier of fact, plus interest, costs and attorney fees." The requisite amount in controversy is satisfied.

---

[3] See also Pilot Trading Co. v. Hartford Ins. Grp., 946 F. Supp. 834, 839 (D. Nev. 1996)("Because Defendants filed their Notices of Removal 29 days after actual receipt of process, removal was timely.")

[4] See Sanchez v. Monumental Life ins. Co., 102 F.3d 398, 402 (9th Cir. 1996)("the sum claimed by the plaintiff controls if the claim is apparently made in good faith") (quoting St. Paul Mercury Indem. Co. v. Red Cab. Co., 303 U.S. 283 (1938)).

[5] Kroske v. U.S. Bank Corp. 432 F.3d 976, 978 (9th Cir. 2005) citing Galt G/S v. JSS Scandinavia, 142 F.3d 1150, 1155–56 (9th Cir.1998).

Notice of Removal
Hutson v. Allstate Fire Casualty Ins. Co., Case No. 3:16-cv-_____
State Court Case No. 3AN-16-07513 CI
Page 3 of 5
Case 3:16-cv-00173-JWS   Document 1   Filed 08/10/16   Page 3 of 5

B.  <u>Complete diversity exists as between plaintiff and Allstate</u>

There exists complete diversity of citizenship between the parties. The Complaint asserts that plaintiff Jennifer Hutson is a resident of the State of Alaska. Allstate has no reason to believe otherwise.[6] Allstate is an Illinois corporation with its principal place of business in Illinois. As such, Allstate is a citizen of the State of Illinois for diversity purposes. 28 U.S.C. § 1332(c)(1).

3.  <u>Conclusion</u>

The substantive requirements for diversity jurisdiction have been fully satisfied. The amount in controversy in this lawsuit exceeds the jurisdictional requirement of $75,000 exclusive of interest and costs and there is complete diversity of citizenship between Ms. Hutson and Allstate. Therefore, Allstate requests that this court assume full jurisdiction over this lawsuit.

DATED at Anchorage, Alaska, this 10th day of August, 2016.

GUESS & RUDD P.C.
Attorneys for Allstate Fire and Casualty Insurance Company

By: s/Christina A. Rankin
Christina A. Rankin, AK Bar No. 0306034
Adam D. Harki, AK Bar No. 1411095
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
Phone: (907) 793-2200
Fax: (907) 793-2299

---

[6] <u>See</u> Exhibit 1.

Notice of Removal
Hutson v. Allstate Fire Casualty Ins. Co., Case No. 3:16-cv-_____
State Court Case No. 3AN-16-07513 CI
Page 4 of 5

Case 3:16-cv-00173-JWS   Document 1   Filed 08/10/16   Page 4 of 5

E-mail: crankin@guessrudd.com
E-mail: aharki@guessrudd.com

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of
August, 2016, I mailed a true and correct copy
of the foregoing document to:

Jeffrey Barber, Esq.
Barber & Associates, LLC
821 N Street, Suite 103
Anchorage, AK 99501

Guess & Rudd P.C.


By: /s Christina A. Rankin
F:\DATA\6499\1\Pleadings\01 Notice of Removal (USDC).doc

Notice of Removal
Hutson v. Allstate Fire Casualty Ins. Co., Case No. 3:16-cv-_____
State Court Case No. 3AN-16-07513 CI
Page 5 of 5
Case 3:16-cv-00173-JWS   Document 1   Filed 08/10/16   Page 5 of 5