Christina A. Rankin, Esq.
Adam D. Harki, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501
(907) 793-2200 Telephone
(907) 793-2299 Facsimile
E-mail: crankin@guessrudd.com
E-mail: aharki@guessrudd.com

Attorneys for Allstate Fire and Casualty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JENNIFER HUTSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ALLSTATE FIRE CASUALTY )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:16-cv-00173-JWS |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, hereby stipulate and agree that all of the claims asserted in this action by plaintiff, Jennifer Hutson, against Allstate Fire and Casualty Insurance Company, are hereby dismissed in their entirety and with prejudice, each side bearing its own costs and attorney's fees, for the reason that an amicable settlement has been reached.

Stipulation for Dismissal With Prejudice
Hutson v. Allstate Fire Casualty Ins. Co., Case No. 3:16-cv-00173-JWS
Page 1 of 2

Case 3:16-cv-00173-JWS   Document 14   Filed 11/22/16   Page 1 of 2

|  |  |
|---|---|
| | GUESS & RUDD P.C. |
| | Attorneys for Allstate Fire and Casualty |
| | Insurance Company |
| Dated: 11/22/16 | By: s/Christina A. Rankin |
| | Christina A. Rankin, AK Bar No. 0306034 |
| | Adam D. Harki, AK Bar No. 1411095 |
| | Guess & Rudd P.C. |
| | 510 L Street, Suite 700 |
| | Anchorage, Alaska 99501 |
| | Phone: (907) 793-2200 |
| | Fax: (907) 793-2299 |
| | E-mail: crankin@guessrudd.com |
| | E-mail: aharki@guessrudd.com |
| | BARBER & ASSOCIATES, LLC |
| | Attorneys for Jennifer Hutson |
| Dated: 11/22/16 | By: s/Jeffrey J. Barber (consent) |
| | Jeffrey J. Barber, AK Bar No. 0111058 |
| | 821 N Street, Suite 103 |
| | Anchorage, Alaska 99501 |
| | Phone: (907) 276-5858 |
| | Fax: (907) 276-5817 |
| | E-mail: jeffb@alaskainjury.com |

CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of
November, 2016, a copy of the
foregoing was served electronically on:

Jeffrey Barber, Esq.

Guess & Rudd P.C.

By: /s Christina A. Rankin
F:\DATA\6499\1\Pleadings\08 Stip for Dismissal.doc

Stipulation for Dismissal With Prejudice
Hutson v. Allstate Fire Casualty Ins. Co., Case No. 3:16-cv-00173-JWS
Page 2 of 2
         Case 3:16-cv-00173-JWS   Document 14   Filed 11/22/16   Page 2 of 2